UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7818

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JEREMY MOUZON, a/k/a Ferris Earl Scott Green,

                    Defendant - Appellant.


Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Patrick Michael Duffy, Senior
District Judge.   (2:03-cr-00896-PMD-1)


Submitted:  December 20, 2012      Decided:  December 27, 2012


Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.


Dismissed by unpublished per curiam opinion.


Jeremy Mouzon, Appellant Pro Se.  Alston Calhoun Badger, Jr.,
Assistant United States Attorney, Charleston, South Carolina,
for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Mouzon seeks to appeal his conviction for carjacking, using and carrying a firearm during and in relation to a crime of violence, and possession of a firearm by a convicted felon. Mouzon was sentenced in 2005 to a term of 360 months' imprisonment. On direct appeal, this court affirmed Mouzon's convictions and sentence. United States v. Mouzon, 178 F. App'x 193 (4th Cir. 2006). In October 2012, Mouzon filed another notice of appeal of the criminal judgment. However, because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED